AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| ROVER PIPELINE LLC<br>*Plaintiff*<br>v.<br>ROVER TRACT NO(S). WV-MA-ML-007.970-TAR-1B, SUCCESSORS AND ASSIGNS OF THE WHEELING TERMINAL RAILWAY COMPANY, THE SUCCESSORS AND ASSIGNS OF THE PITTSBURGH, CONNELLSVILLE & WHEELING RAILWAY COMPANY, THE SUCCESSORS AND ASSIGNS OF THE WHEELING, OHIO & EASTERN RAILROAD CO., DAVID E. BOWYER, HCC INVESTMENTS, INC., WILLIAM R. JOHNSON, AND EWING B. POLLOCK, AND UNKNOWN OWNERS,<br>*Defendant* | Civil Action No.  5:18-cv-61 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   Plainitiff's Motion for Summary Judgment as to Just Compensation Owed to Remaining Defendants is GRANTED. The Court ORDERS that nominal damages of $1.00 collectively is awarded to the remaining Coal Owners, the remaining Other Interest Owners and Unknown Owners. The Court DISMISSES the Remaining Defendants and Unknown Owners WITH PREJUDICE. This case is DISMISSED WITH PREJUDICE and judgment for $2.00 is entered in favor of the Remaining Defendants and Unknown Owners. This case is STRICKEN form the active docket of this Court, and is classified as CLOSED.

☒ This action was *(check one)*:

    decided by Judge   John Preston Bailey

Date:    4/20/2021

*CLERK OF COURT*
Cheryl Dean Riley

/s/ A. Greenidge,  Deputy Clerk
*Signature of Clerk or Deputy Clerk*